

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 25 CR 631 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 111(a)(1) |
| JOEL GONZALEZ | ) | |
| | ) | **Information** |

The UNITED STATES ATTORNEY charges:

On or about October 2, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

JOEL GONZALEZ,

defendant herein, did forcibly impede and interfere with officers and employees of the United States, as designated in Title 18, United States Code, Section 1114, namely Agent 1 and Agent 2, United States Border Patrol Agents, while they were engaged in the performance of their official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

Digitally signed by MELODY WELLS
Date: 2025.10.23 08:08:07 -05'00'

Melody Wells on behalf of the
UNITED STATES ATTORNEY