**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.

                                           Case No.: 1:25–cr–00631
                                           Honorable Heather K. McShain

Joel Gonzalez

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 10, 2026:

      MINUTE entry before the Honorable Heather K. McShain:Telephonic status hearing set for 04/10/2026, defense counsel did not dial–in as directed [20]. Telephonic status hearing is reset to 04/14/2026 at 9:00 a.m. Dial–in information remains the same [20]. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.