# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.

                           Case No.: 1:25–cr–00631
                           Honorable Heather K. McShain

Joel Gonzalez

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2026:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic status hearing held on 04/14/2026. Defendant's appearance was waived for today's status hearing. Parties report that they are continuing to negotiate in an attempt to resolve the case short of trial. Telephonic status hearing is continued to 05/22/2026 at 8:30 a.m. To participate in the telephonic status hearing, the dial–in number is 650–479–3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. The Defendant's unopposed oral motion to waive Defendant's appearance at the next telephonic status hearing is granted. Defendant's appearance is waived on 05/22/2026. The Government's unopposed oral motion to exclude time is granted. The time from 4/10/2026 through 05/22/2026 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties sufficient time to exhaust their plea negotiations. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.